UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 17-8216-WM

FILED BY _____ D.C.

JUN 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| IN RE SEALED CRIMINAL COMPLAINT. | UNDER SEAL |

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests this motion, criminal complaint, accompanying affidavit, arrest warrant, bond recommendation form, and any resulting order be SEALED until further order of this Court, excepting the United States Attorney's Office, the Immigration and Customs Enforcement (ICE) Homeland Security Investigations, and ICE Enforcement and Removal Operations, for the reason that the defendants may flee should knowledge of the criminal complaint, arrest warrant, and supporting documents become public.

Respectfully submitted,
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: *[signature]*
EMILY A. ROSE
Special Assistant United States Attorney
Court ID No. A5502275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9136
Fax: (305) 530-7976
Emily.Rose@usdoj.gov